LAW OFFICE OF
# David A. Longeretta, PLLC

298 Genesee Street, Utica, New York 13502
Tel: (315) 735-6162 ~ Tel: (315) 735-0905
Fax: (315) 735-0911

Email: dlongerettalaw@gmail.com

David A. Longeretta, Esq.

Renee M. Longeretta
*Office Manager*

January 10, 2025

Hon. Brenda Sannes
Chief US District Court Judge
Northen District of New York
100 South Clinton Street
Syracuse, New York 13261-7198

   Re.: U.S.A. vs Rohail Khan
      Docket no: 5;24CR00391-001.
      Sentencing date: February 26, 2025 at 2:pm, Syracuse, New York

Dear Judge Sannes:

  Kindly recall that the undersigned represents Mr. Rohail Khan in regard to the above referenced matter. Back on October 29, 2024, before your Honor, my client entered his guilty plea to the charge filed against him under 18 U.S.C. section 242.

  This matter was then adjourned for sentencing on February 26, 2025 at 2:00 pm before your Honor. The purpose of this correspondence is to respectfully request an adjournment of the sentencing date to a later date. The Government does not object to this request.

  I respectfully request an adjournment of the sentencing in this matter for 60 days from the current sentencing date if the Court will allow. If this request can be granted it would be greatly appreciated. Please advise at your convenience.

  I thank Your Honor and the Court for its consideration to this request.

                    Sincerely,

David A. Longeretta, Esq

cc:   AUSA M. Perry
      100 South Clinton Street
      Room 900
      Syracuse, NY 13261

      AUSA M. Gadarian
      100 South Clinton Street
      Room 900
      Syracuse, NY 13261

      Rohail Khan
      ~~[redacted]~~
      Utica, New York 13501